AMENDED MATRIX WITH ADDITIONAL CREDITORS

American Express
PO BOX 297858
FT. Lauderdale FL 33329

AT&T Mobility
PO BOX 10330
Fort Wayne IN 46851

Apria Healthcare
1328 S Highland Ave
Jackson TN 38301

Associated Recovery Systems
Division of ARS National Services Inc.
PO BOX 469046
Escondido CA 92046

Convergent Outsourcing
PO BOX 9004
Renton WA 98057

Credence resource Management
PO BOX 2390
Southgate MI 48195

Client Services Inc.
3451 Harry S Truman Blvd
St Charles MO 63301-4047

Cypress Financial Recoveries LLC
175 S Washington Ave
STE 9
Dumont NJ 07628

CKS Financial
PO BOX 2856
Chesapeake VA 23327

Discover
PO BOX 30421
Salt Lake City UT 84130

FIA Card Services NA
4 State Street
Rochester NY 14604

Greystone Alliance
PO BOX 1810
Buffalo NY 14240

HSBC Bank Nevada, NA
1111 Town Center Dr
Las Vegas NV 89134

Jared Landscaping & Design, Inc.
33 Morris Ave
Malverne, NY 11565

Malen & Associates P.C
123 Frost Street
STE 203
Westbury NY 11590

MCM Dept 12421
PO BOX 603
Oaks PA 19456

Mullen & Iannarone PC
300 E. Main Street
STE #3
Smithtown NY 11787

Northland Group Inc.
PO BOX 390846
Minneapolis MN 55439

National Grid
PO BOX 11791
Newark NJ 07101

New York American water
PO BOX 371332
Pittsburgh PA 15250

Penn Credit
PO BOX 69703
Harrisburg PA 17106

PSEG Long Island
PSEGLI
PO BOX 888
Hicksville NY 11802

Pro Healthcare Assoc. LLP

PO BOX 71427
Philadelphia PA 19176

Portfolio Recovery Associates
PO BOX 12914
Norfolk VA 23541

RPM
Receivable Performance Management
20816 44th ave W
Lynwood WA 98036

Rubin & Rothman
1787 Veterans HWY
SUITE 32
Islandia, NY 11749

Selip & Stylianou, LLP
PO BOX 9012
Woodbury NY 11797

T-MOBILE
PO BOX 742596
Cincinnati OH 45274

Transworld Systems Inc.
PO BOX 15110
Wilmington DE 19850

Verizon Fios
PO BOX 15124
Albany, NY 12212